DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**INTERNATIONAL MORTGAGE CAPITAL FUND II, LLC,**
a Delaware limited liability company,
Appellant,

v.

**MULTIBUY, LLC,** a Florida limited liability company, **JUSTIN REWANE,**
an individual, and **MARIAN NNEDI REWANE,** an individual,
Appellees.

No. 4D21-1767

[August 11, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE19002428.

Ian M. Corp and Christopher B. Spuches of Agentis PLLC, Coral Gables, for appellant.

Nicole R. Moskowitz of Neustein Law Group, P.A., Aventura, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***